IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MO'HAMMED LEE     :     CIVIL ACTION
: 
v.     :     No. 17-2528
:
WARDEN C. LINK, et al.     :

## ORDER

AND NOW, this 5th day of March, 2018, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Pro se Plaintiff Michael Mo'hammed Lee's Motion to Amend Original Complaint (Document 11) is GRANTED. The Complaint will be deemed to include the additional paragraph set forth in Plaintiff's Motion to Amend.

- Defendants Cynthia Link, Laura Banta, and Jamelle Norris's Motion to Dismiss the Complaint (Document 8) is GRANTED in part and DENIED in part as follows:

  - The Motion is GRANTED as to Plaintiff's claims against Defendants in their official capacities. All such claims are DISMISSED with prejudice.

  - The Motion is also GRANTED as to Plaintiff's claims for failure to protect against Defendants in their individual capacities. Those claims are DISMISSED without prejudice and with leave to amend. Plaintiff shall have until March 26, 2018, to file an amended complaint that corrects the pleading deficiencies in his failure-to-protect claims against Defendants in their individual capacities.

  - The Motion is DENIED as to Plaintiff's claim for denial of medical care against Defendant Norris in her individual capacity.

- Defendants shall have until April 16, 2018, to respond to any amended complaint filed by Plaintiff or, if Plaintiff elects not to file an amended complaint, to respond to the denial of medical care claim in Plaintiff's original Complaint.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.