IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MO'HAMMED LEE : CIVIL ACTION
v. : No. 17-2528
WARDEN C. LINK, et al.

## ORDER

AND NOW, this 13th day of June, 2019, upon consideration of Defendants Cynthia Link, Laura Banta, and Jamelle Norris's Motion for Summary Judgment, Plaintiff Michael Mo'Hammed Lee's written opposition thereto, and the parties' presentation at the June 7, 2019, oral argument and evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 34) is GRANTED in part and DENIED in part as follows:

1. The Motion is GRANTED as to Count 1. Judgment is entered in favor of Defendants Link and Banta on Count 1 of Lee's Amended Complaint.

2. The Motion is DENIED as to Count 2.

BY THE COURT:

Juan R. Sánchez, C.J.